In re:

BEATA MYLES : 
EDWARD B. MYLES : 
   *Debtors* : 
------------------------------------------------------ :Bankruptcy Case No. 5:24-bk-02276-MJC
COMMONWEALTH OF PENNSYLVANIA : 
  *Plaintiff* : 
    : 
v. : Adversary Case No. 1:25-ap-00002-MJC
BEATA MYLES : 
EDWARD B. MYLES : 
   *Defendants* : 

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO F.R.B.P. 7012(b)/F.R.C.P. 12(b)(6)

COME NOW, this 24th day of March, 2025, the Defendants, BEATA MYLES AND EDWARD B. MYLES, by and through Counsel, the CGA Law Firm, P.C., Lawrence V. Young, Esq., and do file this Motion to Dismiss Plaintiff's Complaint pursuant to F.R.B.P. 7012(b)/F.R.C.P. 12(b)(6) as set forth in Defendants' Brief in Support of Motion to Dismiss being filed concurrently with this Motion:

1. The Commonwealth of Pennsylvania has filed a complaint to deny the dischargeability of certain debts.

2. The debts involved do not, in large part, constitute obligations owed to the Commonwealth of Pennsylvania.

3. The Commonwealth of Pennsylvania filed an action in the Courts of the Commonwealth of Pennsylvania seeking to recover for certain violations of consumer protection laws.

4. A default judgment was entered.

{02271959/1}1

5. With the entry of the default judgment, it is averred that the authority of the Commonwealth of Pennsylvania to act on behalf of certain alleged aggrieved parties terminated.

6. The Commonwealth of Pennsylvania does not have the authority nor Standing to file a complaint for a determination that these debts are non-dischargeable. That right is only available to the specific and individual creditors involved.

7. To the extent that this Complaint seeks to act by the Commonwealth on behalf of numerous creditors should not be permitted and the Complaint should be dismissed.

8. To the extent that there is still time for individual creditors to retain counsel and seek to complain about a dischargeability of their debts, but the individual creditors file their specific complaints.

9. To the extent that the deadline for those individual complaints has passed, those debts should now be deemed dischargeable.

WHEREFORE, it is requested that the within Complaint be dismissed

Respectfully submitted,
**CGA LAW FIRM, P.C.**

/s/Lawrence V. Young, Esquire
Lawrence V. Young, Esquire
Supreme Court No. 21009
135 North George Street
York, Pennsylvania 17401
Telephone: 717-718-7110
lyoung@cgalaw.com

{02271959/1}2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:
    BEATA MYLES                                :
    EDWARD B. MYLES                 :
              *Debtors*           :
-------------------------------------------------------  :Bankruptcy Case No. 5:24-bk-02276-MJC
COMMONWEALTH OF PENNSYLVANIA  :
        *Plaintiff*            :
                                 :
v.                                    : Adversary Case No. 1:25-ap-00002-MJC
BEATA MYLES                         :
EDWARD B. MYLES             :
             *Defendants*        :

CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, a true and correct copy of the attached Motion was

sent to the following parties in the manner indicated below:

| Name of Recipient | Mode of Service |
|---|---|
| Office of the U.S. Trustee | Via CM/ECF |
| Melissa Van Eck, Esquire<br>Chief Deputy Attorney General<br>Strawberry Square, 15th Floor<br>Harrisburg, PA 17120 | Via CM/ECF and U.S. Mail |

Dated: 03/24/2025                   Respectfully submitted,
                                   **CGA LAW FIRM, P.C.**

                                   /s/Lawrence V. Young, Esquire
                                   Lawrence V. Young, Esquire
                                   Supreme Court No. 21009
                                   135 North George Street
                                   York, Pennsylvania 17401
                                   Telephone:  717-718-7110
                                   lyoung@cgalaw.com

{02271959/1}3

Case 5:25-ap-00002-MJC   Doc 6   Filed 03/24/25   Entered 03/24/25 11:48:09   Desc
Main Document    Page 3 of 3